Case 3:13-cv-02244-AWI-DLB Document 29 Filed 05/15/13 Page 1 of 3
Case MDL No. 2244 Document 748 Filed 05/15/13 Page 1 of 3
Case 3:13-cv-01830-K   Document 8   Filed 05/15/13   Page 1 of 3   PageID 50

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: DEPUY ORTHOPAEDICS, INC.,
PINNACLE HIP IMPLANT PRODUCTS
LIABILITY LITIGATION

**FILED**
May 15, 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

MDL No. 2244

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO −135)**

On May 23, 2011, the Panel transferred 3 civil action(s) to the United States District Court for the Northern District of Texas for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. *See* 787 F.Supp.2d 1358 (J.P.M.L. 2011). Since that time, 907 additional action(s) have been transferred to the Northern District of Texas. With the consent of that court, all such actions have been assigned to the Honorable James Edgar Kinkeade.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Texas and assigned to Judge Kinkeade.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Northern District of Texas for the reasons stated in the order of May 23, 2011, and, with the consent of that court, assigned to the Honorable James Edgar Kinkeade.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Texas. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

May 15, 2013

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

A True Copy Attest
Karen Mitchell Clerk,
. . .
By s/ PAIGE LESSOR
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF TEXAS
May 15, 2013

IN RE: DEPUY ORTHOPAEDICS, INC.,
PINNACLE HIP IMPLANT PRODUCTS
LIABILITY LITIGATION                                         MDL No. 2244

### SCHEDULE CTO−135 − TAG−ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| ALABAMA NORTHERN | | | |
| ALN | 2 | 13−00653 | Burnham v. Johnson &Johnson Inc et al |
| ALN | 2 | 13−00654 | Demarsico v. Johnson &Johnson Inc et al |
| ALN | 2 | 13−00655 | Nelson v. Johnson &Johnson Inc et al |
| ALN | 2 | 13−00656 | Wallerich v. Johnson &Johnson Inc et al |
| ALN | 6 | 13−00657 | Yeager v. Johnson &Johnson Inc et al |
| ARIZONA | | | |
| AZ | 2 | 13−00670 | Petersen v. DePuy Orthopaedics Incorporated et al |
| CALIFORNIA CENTRAL | | | |
| CAC | 2 | 13−02733 | Robert Severson et al v. DePuy Orthopaedics Inc et al |
| CAC | 2 | 13−02754 | Wayne Novotny et al v. DePuy Orthopaedics Inc et al |
| CALIFORNIA EASTERN | | | |
| CAE | 2 | 13−00774 | Rainey v. DePuy Orthopaedics Inc., et al |
| CALIFORNIA NORTHERN | | | |
| CAN | 3 | 13−01824 | Elson v. Johnson &Johnson Services, Inc. et al |
| FLORIDA SOUTHERN | | | |
| FLS | 0 | 13−60884 | Sloan v. DePuy Orthopaedics, Inc. et al |
| FLS | 0 | 13−60885 | McJimsey v. Johnson &Johnson, Inc. et al |
| INDIANA NORTHERN | | | |
| INN | 3 | 13−00322 | Duross v. DePuy Orthopaedics Inc et al |
| LOUISIANA EASTERN | | | |

| | | | |
|---|---|---|---|
| LAE | 2 | 13−02522 | Clark v. DePuy Orthopaedics, Inc. et al |

MINNESOTA

| | | | |
|---|---|---|---|
| MN | 0 | 13−00994 | Schaedel v. DePuy Orthopaedics, Inc. et al |
| MN | 0 | 13−00995 | Watson v. DePuy Orthopaedics, Inc. et al |
| MN | 0 | 13−00996 | Miller v. DePuy Orthopaedics, Inc. et al |

MISSISSIPPI NORTHERN

| | | | |
|---|---|---|---|
| MSN | 1 | 13−00073 | Newell v. Depuy Orthopaedics, Inc. et al |

MISSOURI WESTERN

| | | | |
|---|---|---|---|
| MOW | 2 | 13−04107 | Church v. DePuy Orthopaedics Inc et al |

NEW YORK NORTHERN

| | | | |
|---|---|---|---|
| NYN | 1 | 13−00413 | Fick et al v. Johnson &Johnson Services, LLC et al |

OHIO NORTHERN

| | | | |
|---|---|---|---|
| OHN | 1 | 11−20605 | Walsh v. DePuy Orthopaedics, Inc. et al |